UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDEN DUNCAN,

                Plaintiff,

-against-

NYC HEALTH & HOSPITALS: HARLEM, OCTAVIA, and DUNCAN,

                Defendants.

25-cv-05615 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      This case has been assigned to me for all purposes. Under Federal Rules of Civil Procedure 4(l) and (m), Plaintiff must file proof of service with the Court within 90 days of the filing of his complaint, or by October 6, 2025. The Court cannot accept the affidavits of due diligence presently filed by Plaintiff, Dkts. 5-7, as proof of service. The service address for NYC Health & Hospitals' main address is:

    New York City Health & Hospitals
    50 Water Street
    17th Floor
    New York, New York 10004

      If Plaintiff continues to have problems serving the Summons and Complaint on Defendants, he may contact the New York City Bar Association's Federal Pro Se Legal Assistance Project for assistance. A flyer with contact information for the Bar Association's pro se legal clinic is attached to this order. If Plaintiff needs additional time for service, he must move for an extension and provide good cause for doing so.

Dated: September 2, 2025
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge