UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDEN DUNCAN,

                         Plaintiff,

           -against-

NYC HEALTH & HOSPITALS: HARLEM;
ENVIRONMENTAL SERVICES, DUNCAN;
AND ENVIRONMENTAL SERVICES
SUPERVISOR, OCTAVIA,

                      Defendants.

Case No. 1:25-cv-05615 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 29, 2025, the Court ordered Plaintiff Branden Duncan ("Plaintiff") to serve the Complaint upon Defendants NYC Health & Hospitals: Harlem; Environmental Services, Duncan; and Environmental Services Supervisor, Octavia ("Defendants"), and to file proof of such service, by November 28, 2025. *See* Dkt. 11. On November 24, 2025, Plaintiff filed three affidavits of service, which state that the Defendants were served on November 14, 2025. *See* Dkts. 12-14.

To date, Defendants have not responded to the Complaint or appeared in this matter. As a courtesy, Defendants' time to answer or otherwise respond to the Complaint is extended to **December 30, 2025**. Their failure to respond to the Complaint or appear in the matter may result in the Court directing Plaintiff to move for default judgment.

However, Plaintiff's affidavits of service state that the deponent process server "served the within ORDER" on Defendants. *See* Dkts. 12-14 (capitalization in original). They do not attach a copy of the document so served. Accordingly, Plaintiff shall, also by **December 30, 2025**, confirm in writing to the Court that he served (or caused to be served) a copy of the

Complaint — rather than an order or any other document — on Defendants on November 14, 2025.

Dated:  December 15, 2025
        New York, New York

                                    SO ORDERED.

                                    _____
                                    JENNIFER L. ROCHON
                                    United States District Judge

2