UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDEN DUNCAN,

                              Plaintiff,

        -against-

NYC HEALTH & HOSPITALS: HARLEM;
ENVIRONMENTAL SERVICES, DUNCAN;
and ENVIRONMENTAL SERVICES
SUPERVISOR, OCTAVIA,

                              Defendants.

Case No. 1:25-cv-05615 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff Branden Duncan ("Plaintiff") initiated this action by filing a Complaint on July 8, 2025. Dkt. 1. On August 18, 2025, Plaintiff filed three "affidavit[s] of due-diligence," in which a process server swore that he had attempted, without success, to serve the summons and complaint on the above-named Defendants ("Defendants"). Dkts. 5-7. On September 2, 2025, the Court advised Plaintiff that these affidavits were insufficient proof of service. Dkt. 8. On October 8, 2025, the Court directed Plaintiff to show cause why he had not yet served the summons and Complaint, Dkt. 9, and on October 29, 2025, the Court ordered Plaintiff to do so (and file proof of service) by November 28, 2025, Dkt. 11.

On November 24, 2025, Plaintiff filed three affidavits of service, each stating that the process server had "served the within order" on Defendants. Dkts. 12-14. These affidavits did not further describe, or attach, the document that had been served. On December 15, 2025, the Court extended Defendants' time to answer or otherwise respond to the Complaint to December 30, 2025, and warned that their failure to do so may result in the Court ordering Plaintiff to move for default judgment. Dkt. 15. In the same Order, the Court also required Plaintiff to confirm in writing to the Court, by December 30, 2025, that he had served (or caused to be served) the

summons and Complaint, rather than an order or any other document, upon Defendants. *Id.* To date, Plaintiff has not written to the Court to clarify the affidavits of service he submitted.

By January 16, 2026, Plaintiff is directed to confirm that the summons and Complaint were served upon the Defendants and/or file the Affidavits of Service, Dkts. 12-14, with the attached order to confirm that the summons and Complaint were served.  Failure to provide proof of service by that date may result in the dismissal of this action for failure to prosecute and/or failure to serve without further warning from the Court.

Dated: January 5, 2026
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

2