UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDEN DUNCAN,

                    Plaintiff,

      -against-

NYC HEALTH & HOSPITALS: HARLEM;
ENVIRONMENTAL SERVICES, DUNCAN;
and ENVIRONMENTAL SERVICES
SUPERVISOR, OCTAVIA,

                    Defendants.

Case No. 1:25-cv-05615 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On January 5, 2026, the Court directed Plaintiff Branden Duncan ("Plaintiff") to confirm that he had served the summons and complaint in this action upon the above-named Defendants. *See* Dkt. 16.  On January 16, 2026, Plaintiff filed three affirmations of service demonstrating that such service has been effectuated.  *See* Dkt. 17.

Therefore, the Court will give Defendants a final extension of time to answer or otherwise respond to Plaintiff's complaint.  Defendants shall do so by **February 18, 2026**. Plaintiff shall serve a copy of this Order on Defendants, and file proof of that service, by **February 11, 2026**.

Dated:  January 22, 2026
       New York, New York

                    SO ORDERED.

                    JENNIFER L. ROCHON
                    United States District Judge