UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDEN DUNCAN,

                Plaintiff,

        -against-

NYC HEALTH & HOSPITALS: HARLEM;
ENVIRONMENTAL SERVICES, DUNCAN;
and ENVIRONMENTAL SERVICES
SUPERVISOR, OCTAVIA,

                Defendants.

Case No. 1:25-cv-05615(JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On January 5, 2026, the Court directed *pro se* Plaintiff Branden Duncan ("Plaintiff") to confirm that he had served the summons and complaint in this action upon the above-named Defendants. *See* Dkt. 16. On January 16, 2026, Plaintiff filed three affirmations of service demonstrating that such service has been effectuated. *See* Dkt. 17. On January 22, 2026, the Court granted Defendants a final extension of time to answer or otherwise respond to Plaintiff's complaint. The Court ordered Defendants to do so by February 18, 2026, and directed Defendant to serve a copy of that order upon Defendants by February 11, 2026. *See* Dkt. 18. A copy of that order was mailed to Plaintiff.

The Court is in receipt of a letter from Plaintiff, dated February 9, 2026, in which he states that he did not receive a copy of the Court's January 22, 2026 Order and learned of it only recently by calling the office of the Clerk of Court. *See* Dkt. 19. Accordingly, he requests an extension of time to serve the Court's previous Order. *Id.* That request is GRANTED, in part.

Defendants must answer or otherwise respond to Plaintiff's complaint by **March 19, 2026.**  Plaintiff must serve a copy of this Order on Defendants by **March 12, 2026.**  The Court's previous Order, dated January 22, 2026, is hereby VACATED; Plaintiff need not serve the vacated order on Defendants.

Dated:  February 12, 2026
         New York, New York

SO ORDERED.

_Jennifer Rochon_____
JENNIFER L. ROCHON
United States District Judge

2