UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDEN DUNCAN,

                Plaintiff,

      -against-

NYC HEALTH & HOSPITALS: HARLEM,
et al.,

              Defendants.

Case No. 1:25-cv-05615 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On June 2, 2026, Defendant filed a motion to dismiss the complaint in this matter. *See* Dkt. 26. Plaintiff's opposition to that motion was due June 16, 2026. Local Civ. R. 6.1(b). No such opposition has been filed. As a courtesy, in light of Plaintiff's *pro se* status, the Court extends Plaintiff's time to file opposition; he must do so by **July 1, 2026**.

Dated: June 22, 2026
      New York, New York

                    SO ORDERED.

                    JENNIFER L. ROCHON
                    United States District Judge