UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDEN DUNCAN,

Plaintiff,

-against-

NYC HEALTH & HOSPITALS: HARLEM, et al.,

Defendants.

Case No. 1:25-cv-05615 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a letter dated September 24, 2026, from Plaintiff Branden Duncan ("Plaintiff") requesting a thirty-day extension of time to file opposition to the motion to dismiss filed by Defendant NYC Health & Hospitals: Harlem. *See* Dkt. 39.

Defendant filed its motion to dismiss on June 2, 2026. *See* Dkt. 26. On June 22, 2026, because Plaintiff had not filed opposition to it, this Court *sua sponte* extended his time to July 1, 2026. *See* Dkt. 29. By letter dated June 30, 2026, Plaintiff requested an additional extension of time to July 31, 2026, which the Court granted. Dkt. 32. On July 31, 2026, instead of filing his opposition brief, Plaintiff requested another 30-day extension, and the Court again granted that extension on August 5, 2026. *See* Dkt. 34. On August 25, 2026, Plaintiff filed a letter requesting appointment of pro bono counsel to assist him in preparing his opposition brief. Dkt. 35. On September 3, 2026, the Court denied the request. Dkt. 36. However, noting that Plaintiff's opposition due date had passed and that Plaintiff had not filed his brief, the Court *sua sponte* granted Plaintiff an additional 30-day extension, requiring that he file that brief by September 25, 2026. *Id.* at 3.

In sum, the Court has given Plaintiff more than three months of additional time to file opposition to Defendant's motion to dismiss. The Court will grant Plaintiff's current extension

request, but it will not entertain further extension requests absent extraordinary circumstances. Plaintiff must file opposition to Defendant's motion to dismiss by **October 25, 2026**. If he fails to do so, the Court will deem Defendant's motion unopposed.

Dated: September 30, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge